UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
:
IN RE SPRINKLR, INC. SECURITIES                               :
LITIGATION                                                    :      24 Civ. 6132 (LGS)
:
:
:
:
:
------------------------------------------------------------- :
:
X
SARA BETH COFFEY, derivatively on behalf of                   :
SPRINKLR, INC.,                                               :
                     Plaintiff,        :
:      25 Civ. 2242 (LGS)
          -against-                                  :
:
RAGY THOMAS, et al.,                                          :
                    Defendants.  X
-------------------------------------------------------------
:
RAY FIGURELLA, derivatively on behalf of                      :
SPRINKLR, INC.,                                               :
                     Plaintiff,        :      25 Civ. 2513 (LGS)
:
         -against-                                  :
:
RAGY THOMAS, et al.,                                          :      **ORDER**
                    Defendants.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 13, 2024, 24cv6132 (the "PSLRA Case") was filed. The case is currently pending before this Court.

       WHEREAS, on March 18, 2025, 25cv2242 (the "First Derivative Case") was filed and has been accepted as related to the PSLRA Case.

WHEREAS, on March 26, 2025, 25cv2513 (the "Second Derivative Case") was filed and has been accepted as related to the PSLRA Case.

WHEREAS, the Order dated March 27, 2025, required the parties in the PSLRA Case and the First Derivative Case to meet and confer, and to file a joint letter on coordination or consolidation by April 18, 2025.  It is hereby

**ORDERED** that, by **April 18, 2025**, the parties in all three cases shall meet and confer, and shall file a joint letter stating to what extent the three cases should be coordinated or consolidated.  If the parties are unable to agree, the letter shall include each party's respective position and rationale.

Dated: April 1, 2025
      New York, New York

LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE