April 18, 2025

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

**Re:** *In re Sprinklr, Inc. Securities Litigation*, **Case No. 1:24-cv-06132;**
*Coffey v. Thomas, et al.*, **Case No. 1:25-cv-02242;**
*Figurella v. Thomas, et al.*, **Case No. 1:25-cv-02513**

Dear Judge Schofield:

Per the Court's March 27, 2025 and April 1, 2025 orders in the above-captioned matters, the parties have conferred and agree that *Coffey v. Thomas, et al.*, Case No. 1:25-cv-02242 (S.D.N.Y.) and *Figurella v. Thomas, et al.*, Case No. 1:25-cv-02513 (S.D.N.Y.) (the "Related Derivative Actions") should not be consolidated with *In re Sprinklr, Inc. Securities Litigation*, Case No. 1:24-cv-06132 (S.D.N.Y.) (the "Securities Class Action"). *See In re Bear Stearns Cos. Sec., Derivative & ERISA Litig.*, 2009 WL 50132, at *5 (S.D.N.Y. Jan. 5, 2009) (holding that "the Derivative Action should not be consolidated with the Securities Action" and noting that "reasonable coordination for pretrial purposes" may later be appropriate).

To promote efficiency, the parties in the Related Derivative Actions agree that: (i) the Related Derivative Actions should be consolidated; (ii) leadership motions for Plaintiffs in the anticipated consolidated derivative action should be filed on May 1, 2025, responses should be filed by May 15, 2025, and replies should be filed by May 29, 2025; (iii) within 30 days of the Court's ruling on such motions, the parties will submit a proposal regarding further proceedings; and (iv) Defendants need not answer, move against, or otherwise respond to the complaints in the Related Derivative Actions until after the Court has entered an order regarding further proceedings. The parties in the Related Derivative Action respectfully request that the Court enter an order approving the terms of the parties' agreement. The plaintiffs in the Securities Class Action take no position on these issues relating to the Related Derivative Actions.

We thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| **POMERANTZ LLP** | **THE BROWN LAW FIRM, P.C.** |
| */s/ Christopher P.T. Tourek* | */s/ Timothy Brown* |
| Joshua B. Silverman | Timothy Brown |
| (*pro hac vice* forthcoming) | Saadia Hashmi |
| Christopher P.T. Tourek | Elizabeth Donohoe |
| (admitted *pro hac vice*) | 767 Third Avenue, Suite 2501 |
| Diego Martinez-Krippner | New York, NY 10017 |
| (admitted *pro hac vice*) | Tel: (516) 922-5427 |
| 10 South LaSalle Street, Suite 3505 | Fax: (516) 344-6204 |
| Chicago, Illinois 60603 | tbrown@thebrownlawfirm.net |
| Tel: (312) 377-1181 | shashmi@thebrownlawfirm.net |
| Fax: (312) 229-8811 | edonohoe@thebrownlawfirm.net |
| jbsilverman@pomlaw.com | |

| | |
|---|---|
| ctourek@pomlaw.com<br>dmartinezk@pomlaw.com | *Counsel for Plaintiff Sara Beth Coffey* |
| *Lead Counsel for Plaintiffs in the Securities Class Action* | |

| | |
|---|---|
| **COOLEY LLP** | **THE ROSEN LAW FIRM, P.A.** |
| /s/ Aric H. Wu<br>Aric H. Wu<br>Sarah M. Topol<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>ahwu@cooley.com<br>stopol@cooley.com | /s/ Phillip Kim<br>Phillip Kim<br>Erica L. Stone<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Tel: (212) 686-1060<br>Fax: (212) 202-3827<br>philkim@rosenlegal.com<br>estone@rosenlegal.com |
| Koji F. Fukumura (*pro hac vice* in Securities Class Action and *pro hac vice* forthcoming in Related Derivative Actions)<br>10265 Science Center Drive<br>San Diego, CA 92121<br>Tel: (858) 550-6000<br>kfukumura@cooley.com | *Counsel for Plaintiff Ray Figurella* |
| *Counsel for Defendants in the Securities Class Action and Related Derivative Actions* | |

The Plaintiffs 25cv2242 and 25cv2513 shall file leadership motions by **May 1, 2025**. Responses shall be filed by **May 15, 2025**, and replies shall be filed by **May 29, 2025**. Within 30 days of the Court's ruling on such motions, the parties shall submit a joint proposal regarding further proceedings. Defendants need not answer, move against, or otherwise respond to the complaints in the Related Derivative Actions until after the Court has entered an order regarding further proceedings. So Ordered.

The Clerk of Court is respectfully directed to docket this Order in all three cases referenced above.

Dated: April 22, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE