UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA BETH COFFEY, derivatively on behalf of SPRINKLR, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAGY THOMAS, MANISH SARIN, NEERAJ AGRAWAL, EDWIN GILLIS, KEVIN HAVERTY, YVETTE KANOUFF, EILEEN SCHLOSS, TARIM WASIM and TRAC PHAM, <br><br> Defendants, <br><br> and <br><br> SPRINKLR, INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-02242-LGS <br><br> SO ORDERED <br><br> *[signature]* <br> HON. LORNA G. SCHOFIELD <br> UNITED STATES DISTRICT JUDGE <br><br> Dated: April 30, 2025 <br> New York, New York |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sara Beth Coffey ("Plaintiff") hereby voluntarily dismisses the claims in the above-captioned action (the "Action") without prejudice and with each party to bear his or her own costs and attorneys' fees. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action. Thus, Plaintiff's dismissal of the claims in the Action is effective upon the filing of this notice.

Dated: April 29, 2025                                    Respectfully submitted,

2

**THE BROWN LAW FIRM, P.C.**
*/s/ Timothy Brown*
Timothy Brown
Saadia Hashmi
Elizabeth Donohoe
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net
          shashmi@thebrownlawfirm.net
          edonohoe@thebrownlawfirm.net

*Counsel for Plaintiff Sara Beth Coffey*